UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARL BARTHOLE,

    Plaintiff,

v.                                                                                                 Case No.: 2:19-cv-36-FtM-38MRM

PINNACLE RECOVERY, INC. and
LEHIGH RESORT CLUB
CONDOMINIUM ASSOCIATION,
INC.,

    Defendants.
_____/

### **ORDER**[1]

Before the Court is a *sua sponte* review of the file. On October 1, 2019, the Court ordered Plaintiff Carl Barthole to show cause on or before October 9, 2019, why this case should not be dismissed against Defendant Lehigh Resort Club Condominium Association, Inc. for failure to serve and prosecute. (Doc. 24). The Court warned Barthole, who is represented by an attorney, that failure to respond will result in the dismissal of Lehigh Resort without further notice. The deadline came and went without word from Barthole. So the Court dismisses this case as against Lehigh Resort. *See* Local Rule 3.10.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

1. The case is **DISMISSED** against Defendant Lehigh Resort Club Condominium Association, Inc. for Plaintiff's failure to effect service and failure to prosecute.

2. The Clerk is **DIRECTED** to terminate Defendant Lehigh Resort as a party.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of October, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record